ORIGINAL

FILED
FEB 28 2005
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRAIRIE VILLAGE OF ADEL ASSOCIATES, A LIMITED PARTNERSHIP, | ) | |
| Plaintiff, | ) | No. 97-38112C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEAL

Notice is hereby given that defendant appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on December 30, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

February 28, 2005

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on February 28, 2005, by means of

- ☐ electronic mail
- ☐ facsimile
- ☐ hand delivery
- ☒ overnight mail
- ☐ United States mail

copies of "NOTICE OF APPEAL" were served upon the following person(s):

Jeff H. Eckland
Mark Blando
ECKLAND & BLANDO
10 South Fifth Street
700 Lumber Exchange
Minneapolis, MN 55402

Attorneys for plaintiff

________________________________