# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

O5-5081 - PRAIRIE VILLAGE OF ADEL V US

03/16/05
(Date of Docketing)

Appeal from: UNITED STATES COURT OF FEDERAL CLAIMS

97-CV-38112

Name of appellant(s): UNITED STATES

Critical dates for counsel, pro se parties, and court include:

Date of docketing, as above (Rules 12 & 15)
Entry of appearance due (Rule 47.3)
Certificate of interest due (Rule 47.4)
**Briefs due (Rule 31) "You will not receive a separate briefing schedule from the Clerk's Office".**
**Calendar for oral argument or submission on briefs (Rule 34 & Practice Note) - Please notify the Clerk's Office of any possible conflicts as soon as possible.**

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

Attachments (with recipients noted) to this notice include:

Official caption (All)
Rules of Practice (pro se parties - attorneys must return the form below)
Entry of appearance form (All counsel and pro se parties)
Informal brief form (Pro se parties)
Motion and Affidavit for Leave to Proceed in Forma Pauperis form (Parties owing the docketing fee)

JAN HORBALY, Clerk

cc: √US Court of Federal Claims
Jeff H. Eckland
Shalom Brilliant

The Federal Circuit's Rules of Practice are available by calling (202) 633-6550, and the Rules are likewise available for downloading at www.fedcir.gov.

05-5081

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 16 2005

JAN HORBALY
CLERK

# In the United States Court of Federal Claims
## Appeal Information Sheet

**Judge Francis M. Allegra**

RECEIVED
2005 MAR -9 PM 3:56
US COURT OF APPEALS
FEDERAL CIRCUIT

**Type of Case:** 134 Contract - Other

PRAIRIE VILLAGE OF ADEL ASSOCIATES,
*Plaintiff,*

vs.

THE UNITED STATES,
*Defendant,*

---

**Cross or Related Appeal:** Related.

**CFC Number:** 97-38112 C.

**Appeal Filed By:** Defendant.

**Date of Judgment:** December 30, 2004.

**Date Appeal:** February 28, 2005.

**Fee:** Not required.

**See docket sheet for information of Plaintiff's Counsel and Defendant's Counsel**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

05-5081

PRAIRIE VILLAGE OF ADEL ASSOCIATES,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 97-CV-38112, Judge Francis M. Allegra.

Authorized Abbreviated Caption[2]

PRAIRIE VILLAGE OF ADEL v US, 05-5081

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.